# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation, | ) ) ) ) | |
| | ) | 8:15CV403 |
| Plaintiff, | ) ) | |
| V. | ) ) | |
| | ) | ORDER |
| RICHARD ANDREW, JANE ANDREW, LUKE ANDREW, and BRYCE ANDREW, | ) ) ) ) | |
| Defendants. | | |

This matter is before the Court on the Motion to Withdraw James Boesen as counsel for Plaintiff. (Filing 22.) Upon the representation that Plaintiff will remain represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 22) is granted.

2. The Clerk of Court shall terminate James Boesen's appearance as counsel for Plaintiff and cease further notices to him in this matter.

**DATED February 5, 2016.**

                                       **BY THE COURT:**

                                       **S/ F.A. Gossett**
                                       **United States Magistrate Judge**