# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD ANDREW, JANE ANDREW, LUKE ANDREW, AND BRYCE ANDREW,<br><br>Defendants. | 8:15CV403<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Motion to Dismiss without Prejudice (Filing No. 38), filed by Plaintiff Zurich American Insurance Company. Under Federal Rule of Civil Procedure 41(a)(2), the Court finds that the Motion should be granted, and the above-captioned action should be dismissed without prejudice. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiff Zurich American Insurance Company's Motion to Dismiss without Prejudice (Filing No. 38) is granted;

2. The above-captioned action is dismissed without prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 9th day of June, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge